THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAWN CADA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | No. 2:26-cv-2704<br><br>**ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT** |

**ORDER**

Having considered the Parties' Stipulated Motion to Extend the Deadline for Defendant to Respond to the Complaint, the Stipulated Motion is **GRANTED**.

**IT IS SO ORDERED**. Defendant's deadline to respond to the Complaint is extended to October 26, 2026. The deadline for the FRCP 26(f) Conference and all other related discovery deadlines set forth in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 10) are STAYED until the Court rules on whether this matter should be related to *Barton et al. v. Costco Wholesale Corporation*, No. 2:26-cv-02364-KKE (W.D. Wash.).

Dated this 8th day of October, 2026.

By: ______________________
The Honorable Tana Lin
United States District Judge



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Presented by:

*s/ Charles C. Sipos*

Charles C. Sipos, Bar No. 32825
Evan Molineux, Bar No. 62994
**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
charles.sipos@ashurstperkins.com
evan.molineux@ashurstperkins.com

Lauren Colton, *pro hac vice*
**Hogan Lovells Cadwalader US LLP**
100 International Drive, Suite 2000
Baltimore, MD 21202
lauren.colton@hlc.com

Trent Norris, *pro hac vice*
**Hogan Lovells Cadwalader US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
trent.norris@hlc.com

*Attorneys for Defendant Amazon.com, Inc.*

*s/ Steve W. Berman*

Steve W. Berman, WSBA No. 12536
Shelby Smith, WSBA No. 31377
**Hagens Berman Sobol Shapiro LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
shelby@hbsslaw.com

Rebecca A. Peterson, *pro hac vice*
**Hagens Berman Sobol Shapiro LLP**
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
rebecca.peterson@hbsslaw.com

*Attorneys for Plaintiff*