THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAWN CADA, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC.,

Defendant.

No. 2:26-cv-02704-TL

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT AND SET BRIEFING SCHEDULE

**~~[PROPOSED]~~ ORDER**

Having considered the Parties' Stipulated Motion to Extend the Deadline for Defendant to Respond to the Complaint, the Stipulated Motion is GRANTED.

**IT IS SO ORDERED**. Defendant's deadline to respond to the Complaint is extended to November 2, 2026.

Dated this 26th day of October, 2026.

By: ______________________
The Honorable Tana Lin
United States District Judge